39 So.3d 561 (2010)
Lewis J. HUBBARD, Appellant,
v.
STATE of Florida, Appellee.
No. 1D09-5563.
District Court of Appeal of Florida, First District.
July 27, 2010.
David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Appellant.
*562 Bill McCollum, Attorney General, and Joshua R. Heller, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Solano v. State, 32 So.3d 648 (Fla. 1st DCA 2010).
HAWKES, C.J., KAHN, and WEBSTER, JJ., concur.